IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dream Games of Arizona Incorporated, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PC Onsite LLC, et al.,<br><br>Defendants. | No. CV-03-00433-PHX-DLR<br><br>**ORDER** |

Before the Court is Plaintiff Dream Games of Arizona, Inc.'s ("Judgment Creditor") Application for Charging Order and United States Magistrate Eileen S. Willett's Report and Recommendation ("R&R"). (Docs. 522, 541.) The R&R recommends that the Court grant the Application and issue a charging order in the form proposed by Judgment Creditor. (Doc. 541 at 8.) Magistrate Judge Willett advised the parties that they had fourteen days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. (*Id.* at 8-9 (citing Fed. R. Civ. P. 72; *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)). No party filed objections, thus relieving the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly

objected to."). The Court nonetheless has reviewed the R&R and finds that it is well-taken. The Court will accept the R&R, grant Judgment Creditor's Application, and issue the charging order in the form proposed by the Judgment Creditor. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.").

**IT IS ORDERED** that Magistrate Judge Willett's R&R, (Doc. 541), is **ACCEPTED**.

**IT IS FURTHER ORDERED** that Judgment Creditor's Application for Charging Order, (Doc. 522), is **GRANTED**.

**IT IS FUTHER ORDERED** that a charging order against the interest or interests of Judgment Debtor, Casey Hagon, in C&D Consulting LLC, a Texas limited liability company, is **GRANTED** and such interest or interests shall be charged with payment of the unsatisfied amount of the Judgment debt owing to Judgment Creditor, with interest thereon until paid.

**IT IS FURTHER ORDERED** that C&D Consulting, LLC shall provide Judgment Creditor with quarterly financial statements and an accounting of all disbursements to Judgment Debtor, or for the benefit of Judgment Debtor, within **21 days** after the conclusion of each calendar quarter, from the date of this Order until the Judgment is fully satisfied. Such documents shall be mailed to Windtberg & Zdancewicz, PLC, 7551 S. Willow Dr., Suite 102, Tempe, Arizona 85283, or such other address as provided by Judgment Creditor.

Dated this 18th day of April, 2016.

Douglas L. Rayes
United States District Judge